UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 21 MAG 2286 |
|  | **CONSENT TO PROCEED BY VIDEO OR** |
| -against- | **TELE CONFERENCE** |
|  | **-CR-**    ( ) ( ) |
| Alfredo Rodriguez |  |

                              Defendant(s).

-------------------------------------------------------------------X

Defendant _____Alfredo Rodriguez_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✔ teleconferencing:

✔    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_____          _____
Defendant's Signature                                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


 Alfredo Rodriguez_____          ____Esere J. Onaodowan, Esq._____
Print Defendant's Name                          Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 March 1. 2021_____
_____          _____
Date                                              U.S. District Judge/U.S. Magistrate Judge